IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ROBERT R. JONES,** | ) | Civil Action No. 7:14cv00422 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **HAROLD W. CLARKE**, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendant Richeson's motion to dismiss (Docket No. 32) is **GRANTED**; the other defendants' motion for summary judgment (Docket No. 25) is **GRANTED in part** as to the conspiracy and medical deliberate indifference claims and all claims against Director Clarke, Chief Robinson, Warden Mathena, and Sgt. Phillips and is **DENIED in part** as to the excessive force and bystander liability claims against Lt. Adams, Lt. Kiser, and Officers Brock, Stidham, and Taylor.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties and transfer this matter to the docket of the Honorable James P. Jones, United States District Judge, for future proceedings.

ENTER: This 9th day of September, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE