## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE  DIVISION

| | | |
|---|---|---|
| **ROBERT R. JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:14CV00422 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **HAROLD W. CLARKE, ET AL.,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

It appearing that no objections have been timely filed to the Report and Recommendation filed January 27, 2016 (ECF No. 56), setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** that   the   Report and  Recommendation  and  its  findings  and  recommendations  are  wholly ACCEPTED and APPROVED.

ENTER:  February 22, 2016

/s/  James P. Jones
United States District Judge